UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TMT USA SHIPMANAGEMENT LLC, *et al.*,[1] | § § § | Case No. 13-33740-H1-11 |
| | § | JOINTLY ADMINISTERED |
| DEBTORS | § | |

### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. **China Shipping Car Carrier,**
   c/o Authorized Representative, Interim Committee Chairman
   3rd Floor, #277 Da Lian Road
   Shanghai, PR China
   Post Code 200082
   Telephone:  +86-21-65967213
   Facsimile:  +86-21-65967215
   Email:  Cscc-operation@cbshipping.com

2. **Hyundai Sambo Heavy Industries Co., Ltd.**
   1700 Yongdang-Ri Sambo-Eup, Youngam-Gun
   Chollanam-Do, Korea
   Telephone:  +82-52-250-2436
   Facsimile:  +82-52-250-3060
   Email: insuchung@hmd.co.kr

---

[1]  The Debtors in these chapter 11 cases are (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation;  (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation (8) A Duckling Corporation; (9) F Elephant Corporation; (10) F Elephant Inc.; (11) A Ladybug Corporation; (12) C Ladybug Corporation; (13) D Ladybug Corporation; (14) A Handy Corporation; (15) B Handy Corporation; (16) C Handy Corporation; (17) B Max Corporation; (18) New Flagship Investment Co., Ltd; (19) RoRo Line Corporation; (20) Ugly Duckling Holding Corporation; (21) Great Elephant Corporation; (22) TMT Procurement Corporation; and (23) TMT USA Shipmanagement LLC.

3. **KPI Bridge Oil Limited and KPI Bridge Oil Singapore Pte Ltd**
c/o  Jan Obel
1 Raffles Place, #41-02 OUB Centre
Singapore 048616
Republic of Singapore
Telephone:  +65 9833 7883
Facsimile:  +65 6220 8155
Email:  jan.obel@kpibridgeoil.co.uk

4. **Omega Bunker S.R.L.**
c/o Mario Berghini, Finance Manager
Via Circonvallazione, 6
30171 Venice – Mestre, Italy
Telephone: +39 041 2380411
Facsimile: +39 041 2380440
Email: finance@omegabunker.com

5. **China Ocean Shipping Agency Shanghai d/b/a/ Panavico Shanghai**
c/o Tao Yangeng, Client Manager
11F No.531 Wusong Road
Shanghai, China
Telephone:  +86 21 63231363
Facsimile:  +68 21 63291519
Email:  agency@penavico.sh.cn

6. **Songa Shipping Pte, Ltd.**
c/o Ms. Angie Kwek
1 Temasek Avenue #22-05, Millenia Tower
Singapore, 039192 Republic of Singapore
Telephone: +65 6336 3841 /112
Facsimile: +65 6339 0559 (Attn: Angie Kwek)
Email: ak@songa.com.sg

7. **Universal Marine Service Co., Ltd.**
#330-110, Chunghak-Dong, Young Do-Gu
Busan, Korea
Telephone: +82 51417 9837
Facsimile: +82 51417 9840
Email: supply@unimsc.kh

**Alternate (non-voting)**
    **Scandinavian Bunkering**
    c/o Erik Th. Salvesen
    Ovre Langgate 50
    N-3110 Tonsberg, Norway
    Telephone:  +47 33 30 15 00
    Facsimile:  +47 33 30 15 50
    Email:  erik@scanb.no

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:   /s/ Christine A. March
Christine A. March
Texas Bar No. 12968020
515 Rusk, Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650 Ext. 239
Facsimile:  (713) 718-4670
Christine.a.march@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below at the addresses listed below on this the 9 of July, 2013.

                                                Christine A. March
                                                Attorney for the United States Trustee

**DEBTOR:**
TMT USA Shipmanagement LLC
5005 Woodway Dr.
Houston, TX 77056

**DEBTOR'S COUNSEL:**
William A. Wood, III      (via Email)
Bracewell & Giuliani LLP
711 Louisiana St., Ste 2300
Houston, TX 77002-2781
Telephone: 713-223-2300
Facsimile: 713-221-1212
Trey.Wood@bgllp.com
Jason.cohen@bgllp.com

**CREDITOR COMMITTEE MEMBERS:**

**China Shipping Car Carrier**      (via Email)
3rd Floor, #277 Da Lian Road
Shanghai, PR China
Post Code 200082
Telephone: +86-21-65967213
Facsimile: +86-21-65967215
E-mail: Cscc-operation@cbshipping.com

China Shipping Car Carrier
Represented by: Bradford J. Sandler      (via Email)
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:302-778-6424
bsandler@pszjlaw.com

**Hyundai Sambo Heavy Industries Co., Ltd.**     (via Email)
1700 Yongdang-Ri Sambo-Eup, Youngam-Gun
Chollanam-Do, Korea
Tel: +82-52-250-2436
Fax: +82-52-250-3060
Email: insuchung@hmd.co.kr

Hyundai Sambo Heavy Industries Co., Ltd.
Represented by:  Jeffery S. Harrison     (via Email)
Pusan Pacific Law Office
11th Fl., Byucksun E-Centum Class One Bldg.
#1210, Jaesong-dong, Haeundae-gu
Busan 612-050, Republic of Korea
Tel: +82-51-244-9697
Fax: +82-51-244-4484
Email: mail@pusanlaw.com

**KPI Bridge Oil Limited and KPI Bridge Oil Singapore Pte Ltd**
**c/o**  Jan Obel       (via Email)
4th Floor Cardinal Place
80 Victoria Street
London, SW1E 5JL, United Kingdom
Email London@kpibridgeoil.co.uk; www.kpibridgeoil.com; jan.obel@kpibridgeoil.co.uk
Telephone: +44 207799 4420
Facsimile: +44 207799 4421

**Omega Bunker S.R.L.**
**c/o**  Mario Berghini, Finance Manager     (via Email)
Via Circonvallazione, 6
30171 Venice – Mestre, Italy
Telephone: +39 041 2380411
Facsimile: +39 041 2380440
Email: finance@omegabunker.com

Omega Bunker,        (via Email)
Represented by Fred Stevens
Klestadt & Winters, LLP
570 Seventh Ave, 17th Floor
New York, New York 10018
Telephone:  212-679-5342
Facsimile:  212-972-2245
Email:  fstevens@klestade.com

**China Ocean Shipping Agency Shanghai d/b/a/ Panavico Shanghai**
c/o Tao Yangeng, Client Manager        (via Email)
11F No.531 Wusong Road
Shanghai, China
Telephone:  +86 21 63231363
Facsimile:  +68 21 63291519
Email:  agency@penavico.sh.cn

China Ocean Shipping Agency, Shanghai d/b/a Panavico Shanghai
Represented by:  Steven T. Gubner         (via Email)
Ezra Brutzkus Gubner, LLP
Warner Center
21650 Oxnard St., Suite 500
Woodland hills, CA  91367-4911
Telephone:  813-827-9118
Facsimile:  818-827-9090
sgubner@ebg-law.com

**Songa Shipping Pte, Ltd.**
c/o Ms. Angie Kwek          (via Email)
1 Temasek Avenue #22-05, Millenia Tower
Singapore, 039192 Republic of Singapore
Telephone: +65 6336 3841 /112
Facsimile: +65 6339 0559 (Attn: Angie Kwek)
Email: ak@songa.com.sg

**Universal Marine Service Co., Ltd.**          (via Email)
330-110, Chunghak-Dong, Young Do-Gu
Busan, Korea
Telephone: +82 51417 9837
Facsimile: +82 51417 9840
Email: supply@unimsc.kh

**Scandanavian Bunkering**
c/o Erik Th. Salvesen          (via Email)
Ovre Langgate 50
N-3110 Tonsberg, Norway
Telephone:  +47 33 30 15 00
Facsimile:  +47 33 30 15 50
Email:  erik@scanb.no