

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/19/2013

| | | |
|---|---|---|
| IN RE: | § § | |
| A WHALE CORPORATION; | § § | Case No. 13-33741 |
| B WHALE CORPORATION; | § § | Case No. 13-33742 |
| C WHALE CORPORATION; | § § | Case No. 13-33743 |
| D WHALE CORPORATION; | § § | Case No. 13-33744 |
| E WHALE CORPORATION; | § § | Case No. 13-33745 |
| G WHALE CORPORATION; | § § | Case No. 13-33746 |
| H WHALE CORPORATION; | § § | Case No. 13-33747 |
| A DUCKLING CORPORATION; | § § | Case No. 13-33748 |
| F ELEPHANT INC.; | § § | Case No. 13-33750 |
| A LADYBUG CORPORATION; | § § | Case No. 13-33751 |
| C LADYBUG CORPORATION; | § § | Case No. 13-33752 |
| D LADYBUG CORPORATION; | § § | Case No. 13-33754 |
| A HANDY CORPORATION; | § § | Case No. 13-33755 |
| B HANDY CORPORATION; | § § | Case No. 13-33756 |
| C HANDY CORPORATION; | § § | Case No. 13-33757 |
| B MAX CORPORATION; | § § | Case No. 13-33758 |
| NEW FLAGSHIP INVESTMENT CO., LTD; | § § § | Case No. 13-33759 |
| RORO LINE CORPORATION; | § § | Case No. 13-33760 |

#4314143

| | | |
|---|---|---|
| UGLY DUCKLING HOLDING CORPORATION; | § § | Case No. 13-33761 |
| GREAT ELEPHANT CORPORATION; | § § | Case No. 13-33762 |
| TMT PROCUREMENT CORPORATION; | § § | Case No. 13-33763 |
| DEBTORS. | § | Chapter 11 |

## ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION

Upon consideration of the motion (the "Motion") of the Debtors for an order directing joint administration of their Chapter 11 cases, the court orders that the above referenced cases are jointly administered. Additionally the following checked items are ORDERED:

1. ✗ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. ✗ The following Case Numbers shall be transferred to Judge Marvin Isgur, who has the lowest numbered case: 13-33741, 13-33742, 13-33743, 13-33744, 13-33745, 13-33746, 13-33747, 13-33748, 13-33749, 13-33750, 13-33751, 13-33752, 13-33754, 13-33755, 13-33756, 13-33757, 13-33758, 13-33759, 13-33760, 13-33761, 13-33762, and 13-33763.

3. ✗ Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. ✗ Other: see below.

It is further,

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that all capitalized terms not defined herein shall have the meaning given to them in the Motion; and it is further

ORDERED that the above-captioned Chapter 11 cases shall be jointly administered by the Court in accordance with the provisions of Bankruptcy Rules 1015 and Local Rule 1015; and it is further

#4314143

ORDERED that one docket shall be maintained for the Debtors' cases under the case number assigned to TMT Procurement Corporation; and it is further

ORDERED that the caption of the cases shall be modified to reflect the joint administration of these chapter 11 cases as follows:

| IN RE: | § | Chapter 11 |
|---|---|---|
| | § | |
| TMT PROCUREMENT CORPORATION, et al.,[1] | § § § | Case No. 13-33763 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

; and it is further

ORDERED that a notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases to reflect joint administration of these cases:

> An order has been entered in this case directing joint administration of this case solely for procedural purposes with the chapter 11 bankruptcy case of TMT Procurement Corporation, Case No. 13-33763. The docket for TMT Procurement Corporation should be consulted for all matters affecting this case.

; and it is further

ORDERED that the United States Trustee may conduct joint informal meetings with the Debtors, as required, and a joint first meeting of creditors, if required; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

---

[1] The Debtors in these chapter 11 cases are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

#4314143

ORDERED that each order proposed and entered in this case shall specify the Debtor(s) and, if applicable, the lender(s), to which the order pertains; and it is further

ORDERED that the Debtors shall file separate Schedules of Assets and Liabilities and Statements of Financial Affairs, and, as applicable, Lists of Equity Security Holders; and it is further

**ORDERED THAT A SEPARATE CLAIMS REGISTER SHALL BE MAINTAINED FOR EACH DEBTOR;** and it is further

ORDERED that the Debtors may file the monthly operating reports required by the United States Trustee on a consolidated basis in a format acceptable to the United States Trustee; and it is further

ORDERED that the Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order; and it is further

ORDERED that the clerk shall duplicate all docket entries previously entered in Case 13-33740 to Case 13-33763.

Dated: 7-19-13

_____
UNITED STATES BANKRUPTCY JUDGE

#4314143