IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TMT PROCUREMENT CORPORATION, et al., | § | Case No. 13-33763 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), Mega International Commercial Bank Co., Ltd., Cathay United Bank, Shanghai Commercial & Savings Bank, and First Commercial Bank Co., Ltd., appeal to the U.S. District Court from the *Order* [Doc. 134] entered on July 23, 2013.

The names of all parties to the *Order* and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Creditors/Appellants** | **Counsel** |
|---|---|
| Shanghai Commercial & Savings Bank | John P. Melko<br>Gardere Wynne Sewell LLP<br>1000 Louisiana Street, Suite 3400<br>Houston, Texas 77002<br>Telephone: 713.276.5500<br>Email: jmelko@gardere.com |
| First Commercial Bank Co. Ltd. | Eli O. Columbus<br>Winstead PC<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: 214.745.5400<br>Email: ecolumbus@winstead.com |

[1] The Debtors in these Chapter 11 cases are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation: (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd.; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

| | |
|---|---|
| Cathay United Bank | David W. Parham<br>Baker & McKenzie LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: 214.978.3000<br>Email: david.parham@bakermckenzie.com |
| Mega International Commercial Bank Co., Ltd. | Charles S. Kelley<br>Mayer Brown LLP<br>700 Louisiana Street, Suite 3400<br>Houston, Texas 77002<br>Telephone: 713.238.3000<br>Email: ckelley@mayerbrown.com<br><br>Frederick D. Hyman<br>Michael F. Lotito<br>Mayer Brown LLP<br>1675 Broadway<br>New York, New York 10019<br>Telephone: 212.262.1910<br>Email: fhyman@mayerbrown.com<br>Email: mlotito@mayerbrown.com |
| **Debtors/Appellees** | **Counsel** |
| TMT USA Shipmanagement LLC, A Whale Corporation, B Whale Corporation, C Whale Corporation, D Whale Corporation, E Whale Corporation, F Whale Corporation, G Whale Corporation, H Whale Corporation, A Duckling Corporation, F Elephant Corporation, F Elephant Inc., A Ladybug Corporation, C Ladybug Corporation, D Ladybug Corporation, A Handy Corporation, B Handy Corporation, C Handy Corporation, B Max Corporation, New Flagship Investment Co., Ltd., Roro Line Corporation, Ugly Duckling Holding Corporation, Great Elephant Corporation, TMT Procurement Corporation | Evan D. Flaschen<br>Bracewell & Giuliani LLP<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, Connecticut 06103<br>Telephone: 860.947.9000<br>Email: evan.flaschen@bgllp.com<br><br>William A. (Trey) Wood III<br>Jason G. Cohen<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002<br>Telephone: 713.223.2300<br>Email: trey.wood@bgllp.com<br>Email: jason.cohen@bgllp.com |

| **Official Comm. of Unsecured Creditors** | **Counsel** |
| --- | --- |
| | James S. Carr<br>Craig A. Wolfe<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>Tel: 212.808.7800<br>Email: cwolfe@kelleydrye.com |
| | John R. Ashmead<br>Benjamin Blaustein<br>Seward & Kissell LLP<br>One Battery Park Plaza<br>New York, New York, 10004<br>Tel: 212.574.1200<br>Email: ashmead@sewkis.com |
| **U.S. Trustee** | **Counsel** |
| | Christine A. March<br>Office of the U.S. Trustee<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002<br>Tel: 713.718.4650 Ext. 239 |
| **Interested party** | **Counsel** |
| Vantage Drilling Company Inc. | William R. Greendyke<br>Jason L. Boland<br>Mark A. Worden<br>Fulbright & Jaworski LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone: 713.651.5151<br>william.greendyke@nortonrosefulbright.com<br>jason.boland@nortonrosefulbright.com<br>mark.worden@nortonrosefulbright.com |
| | Louis R. Strubeck<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>Telephone: 214.855.8000<br>louis.strubeck@nortonrosefulbright.com |

| **Other creditors** | **Counsel** |
| --- | --- |
| Bank Sinopac | David W. Parham<br>Baker & McKenzie LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: 214.978.3000<br>Email: david.parham@bakermckenzie.com |
| BHP Billiton Marketing A.G. | Alfredo R. Pérez<br>Weil Gotshall & Manges LLP<br>700 Louisiana Street<br>Houston, Texas 77002<br>Telephone: 713.546.5000<br>Email: alfredo.perez@weil.com |

Respectfully submitted,

**MAYER BROWN LLP**

By: */s/ Charles S. Kelley*
Charles S. Kelley
Texas Bar No. 11199580
S.D. Texas Bar No. 15344
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Tel: 713.238.3000
Fax: 713.238.4888
Email: ckelley@mayerbrown.com

*and*

Frederick D. Hyman (admitted pro hac vice)
Michael F. Lotito (admitted pro hac vice)
Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820
Tel: 212.506.2500
Fax: 212.262.1910
Email: fhyman@mayerbrown.com
Email: mlotito@mayerbrown.com

*Attorneys for Mega International Commercial Bank Co., Ltd.*

**BAKER & McKENZIE LLP**

By: */s/ David W. Parham*
David W. Parham
Texas Bar No. 15459500
S.D. Texas Bar No. 7991
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Tel: 214.978.3000
Fax: 214.978.3099
Email: david.parham@bakermckenzie.com

*Attorneys for Cathay United Bank*

**GARDERE WYNNE SEWELL LLP**

By: */s/ John P. Melko*
John P. Melko
State Bar No. 13919600
1000 Louisiana Street, Suite 3400
Houston, Texas 77002
Tel: 713.276.5500
Fax: 713.276.5555
Email: jmelko@gardere.com

*Attorneys for Shanghai Commercial & Savings Bank*

**WINSTEAD PC**

By: */s/ Eli O. Columbus*
Eli O. Columbus
State Bar No. 24028062
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Tel: 214.745.5400
Fax: 214.745.5390
Email: ecolumbus@winstead.com

*Attorneys for First Commercial Bank Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013 a copy of this document was served through the court's ECF system on all parties entitled to receive electronic notice in these cases, including counsel for the Debtors, the Official Committee of Unsecured Creditors, the U.S. Trustee, and all parties who have filed a notice of appearance requesting such service, as indicated below:

John R Ashmead on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
ashmead@sewkis.com

John R Ashmead on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
ashmead@sewkis.com

John R Ashmead on behalf of Creditor Committee Seward & Kissel LLP
ashmead@sewkis.com

Bradley Benoit on behalf of Witness HSIN-CHI aka NOBU SU SU
brad.benoit@bgllp.com, elizabeth.miller@bgllp.com

Benjamin Blaustein on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
blaustein@sewkis.com

Jason Lee Boland on behalf of Interested Party Vantage Drilling Company, Inc.
jboland@fulbright.com

James S Carr on behalf of Attorney Co-Counsel for the Official Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com

James S Carr on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com

Eli Omar Columbus on behalf of Creditor First Commercial Bank Co., Ltd.
ecolumbus@winstead.com, lbayliss@winstead.com

Sean B Davis on behalf of Creditor First Commercial Bank Co., Ltd.
sbdavis@winstead.com, pschneller@winstead.com

Matthew T Ferris on behalf of Creditor First Commercial Bank Co., Ltd.
mferris@winstead.com, lbayliss@winstead.com

William R Greendyke on behalf of Interested Party Vantage Drilling Company, Inc.
wgreendyke@fulbright.com

Weiting Hsu on behalf of Creditor First Commercial Bank Co., Ltd.
whsu@winstead.com

Charles Stephen Kelley on behalf of Creditor Mega International Commercial Bank Co., Ltd.
ckelley@mayerbrown.com, sswihart@mayerbrown.com;courtnotification@mayerbrown.com

Charles Stephen Kelley on behalf of Defendant Mega International Commercial Bank Co., Ltd
ckelley@mayerbrown.com, sswihart@mayerbrown.com;courtnotification@mayerbrown.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Peter A McLauchlan on behalf of Creditor Shanghai Commercial & Savings Bank
pmclauchlan@gardere.com, sbergeron@gardere.com

John P Melko on behalf of Creditor Shanghai Commercial & Savings Bank
jmelko@gardere.com

John E Mitchell on behalf of Creditor Bank Sinopac
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

John E Mitchell on behalf of Creditor Cathay United Bank
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

John E Mitchell on behalf of Defendant Cathay United Bank
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

David William Parham on behalf of Creditor Bank Sinopac
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

David William Parham on behalf of Creditor Cathay United Bank
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

Alfredo R Perez on behalf of Creditor BHP Billiton Marketing AG
alfredo.perez@weil.com, chris.lopez@weil.com;gayle.mitchel@weil.com

Alfredo R Perez on behalf of Defendant BHP Billiton Marketing A.G.
alfredo.perez@weil.com, chris.lopez@weil.com;gayle.mitchel@weil.com

Clinton R. Snow on behalf of Creditor Shanghai Commercial & Savings Bank
csnow@gardere.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

David R Walker on behalf of Creditor The Shipping Corporation of India
david.walker@roystonlaw.com, robin.gilpin@roystonlaw.com

Craig A Wolfe on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
kdwbankruptcydepartment@kelleydrye.com

William Alfred Wood, III on behalf of the Debtors
Trey.Wood@bgllp.com

*/s/ John P. Melko*
John P. Melko