IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TMT PROCUREMENT CORPORATION, et al.,[1] | § | Case No. 13-33763 |
| | § | |
| Debtors. | § | Jointly Administered |

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**
(relates to Joint Notice of Appeal at Doc. 203)

The Secured Creditors[2] submit this statement of issues and designation of the record on appeal pursuant to Federal Rules of Bankruptcy Procedure 8006.

### Statement of Issues

1. Whether the bankruptcy court has subject matter jurisdiction over the Remaining Debtors' Chapter 11 bankruptcy cases.

2. Whether venue is proper for those bankruptcy cases, and if not, whether those cases should be dismissed pursuant to 28 U.S.C. § 1406(a).

3. Whether the bankruptcy court erred in determining that those bankruptcy cases were commenced in good faith

4. Whether the bankruptcy court erred in denying the *Emergency Motion for Entry of an Order Dismissing with Prejudice the Debtors' Chapter 11 Cases Pursuant to Sections 105(a), 305(a), and/or 1112(b) of the Bankruptcy Code* [Doc. 67] (the "Dismissal Motion") based on all grounds asserted therein and in the Secured Creditors' briefs.

5. Whether the bankruptcy court incorrectly failed to conclude that "cause" existed under 11 U.S.C. § 1112(b) to dismiss those cases, and if so, whether those cases should be dismissed pursuant to 11 U.S.C. § 1112(b).

---

[1] The "Remaining Debtors" are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation: (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd.; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

[2] "Secured Creditors" refers to **Mega International Commercial Bank Co. Ltd**., both in its capacity as an individual lender as well as its role as agent bank in those certain syndicated facilities related to the Remaining Debtors, **Cathay United Bank**, both in its capacity as an individual lender as well as its role as agent bank in those certain syndicated facilities related to the Remaining Debtors, **Shanghai Commercial & Savings Bank** on behalf of itself and as agent, and **First Commercial Bank Co. Ltd.**

6. Whether the bankruptcy court abused its discretion in declining to dismiss or suspend those cases under 11 U.S.C. § 305(a).

7. Whether the Bankruptcy Court erred in admitting/excluding evidence at the hearings on the Dismissal Motion.

## Designation of Record

The Secured Creditors designate these items to be included in the appellate record:

| Doc. | Date | Document |
|---|---|---|
| ___ | | Docket sheet for No. 13-33763 |
| 1 | 6/20/13 | *Chapter 11 Voluntary Petition* in <u>each separate bankruptcy case</u> of all original, jointly-administered debtors—i.e., (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation: (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Corporation; (10) F Elephant Inc.; (11) A Ladybug Corporation; (12) C Ladybug Corporation; (13) D Ladybug Corporation; (14) A Handy Corporation; (15) B Handy Corporation; (16) C Handy Corporation; (17) B Max Corporation; (18) New Flagship Investment Co. Ltd.; (19) RoRo Line Corporation; (20) Ugly Duckling Holding Corporation; (21) Great Elephant Corporation; (22) TMT Procurement Corporation; and (23) TMT USA Shipmanagement LLC. |
| 9 | 6/20/13 | Complaint to Compel Turnover (Adv. Case No. 13-03141) |
| 10 | 6/20/13 | Consolidated List of Creditors Holding 30 Largest Unsecured Claims |
| 14 | 6/20/13 | Debtors' Master Service List |
| 15 | 6/20/13 | Declaration of Lisa Donahue in Support of Debtors' Voluntary Petitions Under Chapter 11 of Title 11 of the United States Code and First Day Motions |
| 29 | 6/25/13 | Order Granting Debtors' Motion for Joint Administration |
| 33 | 6/24/13 | Order Authorizing Use of Cash Collateral (*C Ladybug Corp.*) |

| Doc. | Date | Document |
|---|---|---|
| 34 | 6/24/13 | Order Authorizing Use of Cash Collateral (*A Whale Corp.*) |
| 42 | 6/27/13 | Order Granting Debtors' Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs |
| 43 | 6/27/13 | Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection |
| 67 | 7/3/13 | Joint Emergency Motion for Entry of an Order Dismissing with Prejudice the Debtors' Chapter 11 Cases Pursuant to Sections 105(a), 305(a), 349 and/or 1112(b) of the Bankruptcy Code |
| 84 | 7/9/13 | Notice of Appointment of Creditors' Committee |
| 88 | 7/12/13 | Statement of Prepetition Secured Creditors in Connection with Emergency Status Conference |
| 89 | 7/12/13 | TMT USA Shipmanagement LLC's Response to Statement |
| 91 | 7/15/13 | Mega International Commercial Bank Co., Ltd.'s Brief [with exhibits and appendices, including those filed under seal] |
| 92 | 7/15/13 | First Commercial Bank Co., Ltd.'s Brief [with exhibits and appendices, including those filed under seal] |
| 93 | 7/15/13 | TMT USA Shipmanagement LLC's Brief [with exhibits and appendices, including those filed under seal] |
| 94 | 7/15/13 | Shanghai Commercial & Savings Bank's Brief [with exhibits and appendices, including those filed under seal] |
| 95 | 7/15/13 | Bank Sinopac's and Cathay United Bank's Brief [with exhibits and appendices, including those filed under seal] |
| 97 | 7/15/13 | BHP Billiton Marketing A.G.'s Memorandum of Law [with exhibits and appendices, including those filed under seal] |

| Doc. | Date | Document |
|---|---|---|
| 100 | 7/15/13 | Official Committee of Unsecured Creditors' Memorandum of Law in Opposition to Emergency Motion for Entry of an Order Dismissing With Prejudice the Debtors' Chapter 11 Cases |
| 116 | 7/17/13 | Notice of Dec. of Joelle Louise Downes Regarding South African Law |
| 118 | 7/18/13 | Shanghai Commercial & Savings Bank's Brief in Opposition [with exhibits and appendices, including those filed under seal] |
| 119 | 7/18/13 | Bank Sinopac's and Cathay United Bank's Brief |
| 121 | 7/18/13 | Hsin-Chi Su a/k/a Nobu Su's Brief |
| 126 | 7/19/13 | Order Granting Debtors' Motion for Joint Administration |
| 134 | 7/23/13 | Order |
| 151 | 7/29/13 | Brief in Opposition to Hsin-Chi Su's Brief Regarding F3 Capital's Proposed Escrow of Vantage Shares and Motion to Abstain or Alternatively Request for Entry of Proposed Findings and Conclusions Under 28 USC 157(c) |
| 165 | 8/2/13 | Debtors' Objection to Vantage Drilling Company Inc.'s Motion to Abstain |
| 173 | 8/5/13 | Vantage Drilling Company, Inc.'s Brief |
| 203 | 8/6/13 | Joint Notice of Appeal |
| 205 | 8/6/13 | Secured Creditors' Joint Motion for Leave to Appeal |
| ____ | 8/20/13 | Statement of Issues and Designation of Record |

| Doc. | Date | Document |
|---|---|---|
| 51 | * | Transcript of hearing: June 24, 2013 (with exhibits offered/admitted) |
| ___ | | Recording of hearing: June 24, 2013 |
| 58 | * | Transcript of hearing: June 27, 2013 (with exhibits offered/admitted) |
| ___ | | Recording of hearing: June 27, 2013 |
| 96 | * | Transcript of hearing: July 8, 2013 (with exhibits offered/admitted) |
| ___ | | Recording of hearing: July 8, 2013 |
| 117 | * | Transcript of hearing: July 16, 2013 (with exhibits offered/admitted) |
| ___ | | Recording of hearing: July 16, 2013 |
| 125 | * | Transcript of hearing: July 17, 2013 (with exhibits offered/admitted) |
| ___ | | Recording of hearing: July 17, 2013 |
| 207 | * | Transcript of hearing: July 18, 2013 (with exhibits offered/admitted) |
| ___ | | Recording of hearing: July 18, 2013 |
| *** | 8/19/13 | Transcript of hearing: July 12, 2013 (with exhibits offered/admitted) (Doc. 150 in *In re TMT USA Ship Management LLC*, No. 13-33740 (Bankr. S.D. Tex. filed June 20, 2013)) |
| ___ | * | Recording of hearing: July 12, 2013 |

Based on the district court's *Assignment to a District Judge* (Doc. 210), no documents are filed or submitted with this designation. The appellants will supply copies of designated documents (including hearing exhibits and exhibits filed under seal) as requested by the clerk of this court.

Respectfully submitted,

| | |
|---|---|
| **MAYER BROWN LLP** | **GARDERE WYNNE SEWELL LLP** |
| By: */s/ Charles S. Kelley* <br>     Charles S. Kelley <br>     Texas Bar No. 11199580 <br>     S.D. Texas Bar No. 15344 <br> 700 Louisiana Street, Suite 3400 <br> Houston, Texas 77002-2730 <br> Tel:   713.238.3000 <br> Fax:   713.238.4888 <br> Email:  ckelley@mayerbrown.com | By: */s/ John P. Melko* <br>     John P. Melko <br>     Texas Bar No. 13919600 <br> 1000 Louisiana Street, Suite 3400 <br> Houston, Texas 77002 <br> Tel:  713.276.5500 <br> Fax:  713.276.5555 <br> Email:  jmelko@gardere.com |
| *and* | *Attorneys for Shanghai Commercial & Savings Bank* |
| Frederick D. Hyman (admitted pro hac vice) <br> Michael F. Lotito (admitted pro hac vice) <br> Mayer Brown LLP <br> 1675 Broadway <br> New York, New York 10019-5820 <br> Tel:  212.506.2500 <br> Fax:  212.262.1910 <br> Email:  fhyman@mayerbrown.com <br> Email:  mlotito@mayerbrown.com | **WINSTEAD PC** <br><br> By:  */s/ Eli O. Columbus* <br>     Eli O. Columbus <br>     Texas Bar No. 24028062 <br> 500 Winstead Building <br> 2728 N. Harwood Street <br> Dallas, Texas 75201 <br> Tel: 214.745.5400 <br> Fax: 214.745.5390 <br> Email:  ecolumbus@winstead.com |
| *Attorneys for Mega International Commercial Bank Co., Ltd.* | *Attorneys for First Commercial Bank Co., Ltd.* |
| **BAKER & McKENZIE LLP** | |
| By:  */s/ David W. Parham* <br>     David W. Parham <br>     Texas Bar No. 15459500 <br>     S.D. Texas Bar No. 7991 <br> 2300 Trammell Crow Center <br> 2001 Ross Avenue <br> Dallas, Texas 75201 <br> Tel: 214.978.3000 <br> Fax: 214.978.3099 <br> Email:  david.parham@bakermckenzie.com | |
| *Attorneys for Cathay United Bank* | |

## Certificate of Service

I hereby certify that on August 20, 2013, this document was served through the court's ECF system on all parties entitled to receive electronic notice in these cases, including counsel for the Debtors, the Official Committee of Unsecured Creditors, the U.S. Trustee, and all parties who have filed a notice of appearance requesting such service, as indicated below:

John R Ashmead on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
ashmead@sewkis.com

John R Ashmead on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
ashmead@sewkis.com

John R Ashmead on behalf of Creditor Committee Seward & Kissel LLP
ashmead@sewkis.com

Bradley Benoit on behalf of Witness HSIN-CHI aka NOBU SU SU
brad.benoit@bgllp.com, elizabeth.miller@bgllp.com

Benjamin Blaustein on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
blaustein@sewkis.com

Jason Lee Boland on behalf of Interested Party Vantage Drilling Company, Inc.
jboland@fulbright.com

James S Carr on behalf of Attorney Co-Counsel for the Official Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com

James S Carr on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com

Eli Omar Columbus on behalf of Creditor First Commercial Bank Co., Ltd.
ecolumbus@winstead.com, lbayliss@winstead.com

Sean B Davis on behalf of Creditor First Commercial Bank Co., Ltd.
sbdavis@winstead.com, pschneller@winstead.com

Matthew T Ferris on behalf of Creditor First Commercial Bank Co., Ltd.

mferris@winstead.com, lbayliss@winstead.com

William R Greendyke on behalf of Interested Party Vantage Drilling Company, Inc.
wgreendyke@fulbright.com

Weiting Hsu on behalf of Creditor First Commercial Bank Co., Ltd.
whsu@winstead.com

Charles Stephen Kelley on behalf of Creditor Mega International Commercial Bank Co., Ltd.
ckelley@mayerbrown.com, sswihart@mayerbrown.com;courtnotification@mayerbrown.com

Charles Stephen Kelley on behalf of Defendant Mega International Commercial Bank Co., Ltd
ckelley@mayerbrown.com, sswihart@mayerbrown.com;courtnotification@mayerbrown.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Peter A McLauchlan on behalf of Creditor Shanghai Commercial & Savings Bank
pmclauchlan@gardere.com, sbergeron@gardere.com

John P Melko on behalf of Creditor Shanghai Commercial & Savings Bank
jmelko@gardere.com

John E Mitchell on behalf of Creditor Bank Sinopac
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

John E Mitchell on behalf of Creditor Cathay United Bank
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

John E Mitchell on behalf of Defendant Cathay United Bank
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

David William Parham on behalf of Creditor Bank Sinopac
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

David William Parham on behalf of Creditor Cathay United Bank
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

Alfredo R Perez on behalf of Creditor BHP Billiton Marketing AG
alfredo.perez@weil.com, chris.lopez@weil.com;gayle.mitchel@weil.com

Alfredo R Perez on behalf of Defendant BHP Billiton Marketing A.G.
alfredo.perez@weil.com, chris.lopez@weil.com;gayle.mitchel@weil.com

Clinton R. Snow on behalf of Creditor Shanghai Commercial & Savings Bank
csnow@gardere.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

David R Walker on behalf of Creditor The Shipping Corporation of India
david.walker@roystonlaw.com, robin.gilpin@roystonlaw.com

Craig A Wolfe on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
kdwbankruptcydepartment@kelleydrye.com

William Alfred Wood, III on behalf of the Debtors
Trey.Wood@bgllp.com


*/s/ John P. Melko*
John P. Melko