IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TMT PROCUREMENT CORP., *et al*,[1] | § | CASE NO. 13-33763 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

**WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS'
APPLICATION PURSUANT TO 11 U.S.C. § 327(a), FED. R. BANKR. P. 2014
AND BANKRUPTCY LOCAL RULE 2014-1 FOR AUTHORIZATION TO
RETAIN ALIXPARTNERS, LLP AS THE DEBTORS' FINANCIAL ADVISORS**
[Relates to Docket No. 130]

| | |
|---|---|
| **Witnesses:** | Lisa Donahue, Managing Director, AlixPartners, LLP |
| | Any Witness Called by any other party |
| **Judge:** | Honorable Marvin Isgur |
| **Courtroom Deputy:** | |
| **Hearing Date:** | August 28, 2013 |
| **Hearing Time:** | 1:30 p.m. |
| **Party's Name:** | AlixPartners, LLP |
| **Attorney's Name:** | Charles Beckham, Patrick L. Hughes, Karl Burrer |
| **Attorney's Phone:** | 713.547.2000 |
| **Nature of Proceedings:** | *Debtors' Application Pursuant to 11 U.S.C. § 327(A), Fed. R. Bankr. P. 2014 and Bankruptcy Local Rule 2014-1 for Authorization to Retain AlixPartners, LLP as the Debtors' Financial Advisors* |

**EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Engagement Letter | | | | |
| 2. | Curriculum Vitae of Lisa Donahue [Judicial Notice, 6/24/2013 Hearing Transcript, pg. 147 *et seq*.] | | | | |
| 3. | Amended Engagement Letter | | | | |

---

[1] The Debtors in these Chapter 11 cases are: (1) A Whale Corp.; (2) B Whale Corp.; (3) C Whale Corp.; (4) D Whale Corp.; (5) E Whale Corp.; (6) G Whale Corp.; (7) H Whale Corp.; (8) A Duckling Corp.; (9) F Elephant, Inc.; (10) A Ladybug Corp.; (11) C Ladybug Corp.; (12) D Ladybug Corp.; (13) A Handy Corp.; (14) B Handy Corp.; (15) C Handy Corp.; (14) B Max Corp.; (17) New Flagship Investment Co., Ltd.; (18) RoRo Line Corp.; (19) Ugly Duckling Holding Corp.; (20) Great Elephant Corp.; and (21) TMT Procurement Corp.

H-1003906.1

| Ex. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4. | Proposed Order | | | | |
| 5. | Declaration of Lisa Donahue in Support of Debtors' Voluntary Petitions Under Chapter 11 of Title 11 of The United States Code and First Day Motions [Dkt. No. 15, Judicial Notice] | | | | |
| 6. | 7/17/2013 Testimony of Lisa Donahue, Transcript [Dkt. No. 125, Judicial Notice] | | | | |
| 7. | Any rebuttal exhibits | | | | |

## Reservation of Rights

AlixPartners, LLP reserves the right to (a) supplement and/or amend this Witness and Exhibit List at any time prior to the Hearing; (b) call any witness designated by any other party, as well as impeachment or rebuttal witnesses.

DATED: August 26, 2013

**HAYNES AND BOONE, LLP**

By: /s/ *Patrick L. Hughes*
Patrick L. Hughes
Texas Bar No. 10227300
Charles A. Beckham, Jr.
Texas Bar No. 0216600
Karl Burrer
Texas Bar No. 24043584
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

**Attorneys for AlixPartners, LLP**

H-1003906.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List was served in the following manner: (i) by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case; (ii) by United States first class mail, postage pre-paid and properly addressed (without exhibits) to all parties listed on the Attached Service List; and (iii) electronic mail delivery (including exhibits) to Debtor's Counsel, Creditors Committee Counsel, First Commercial Bank Co., Ltd and its Counsel, Mega International Commercial Bank Co., Ltd and its Counsel, Cathay United Bank and its Counsel, and The Shanghai Commercial & Savings Bank, Ltd and its Counsel on August 26, 2013.

/s/*Karl Burrer*
Karl Burrer

## TMT PROCUREMENT CORP., *et al.*
## CONSOLIDATED MASTER SERVICE LIST

**DEBTORS:**

A Whale Corporation, B Whale Corporation, C Whale Corporation, D Whale Corporation, E Whale Corporation, G Whale Corporation, H Whale Corporation, F Elephant Inc., A Duckling Corporation, A Ladybug Corporation, C Ladybug Corporation, D Ladybug Corporation, A Handy Corporation, F Elephant Inc., B Handy Corporation, C Handy Corporation, B Max Corporation
5005 Woodway, Suite 230
Houston, TX 77056

RoRo Line Corporation and Great Elephant Corporation
80 Broad Street
Monrovia, Liberia

Ugly Duckling Holding Corporation
Salduba Building, Top Floor, 53rd Street, Obarrio
Urbanizacion
P.O. Box 7284, Panama 5, Panama

TMT Procurement Corporation
Ajeltake Road, Ajeltake Island
Majuro, Republic of the Marshall Islands
MH 96960

New Flagship Investment Co., Ltd
12th Floor. No. 167, FuHsin N. Rd
Taipei, Taiwan, R.O.C.

**ATTORNEYS FOR THE DEBTORS:**

William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
Trey.Wood@bgllp.com
Jason.Cohen@bgllp.com

Evan D. Flaschen
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
Evan.Flaschen@bgllp.com

Robert G. Burns
Bracewell & Giuliani LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Bob.Burns@bgllp.com

**UNITED STATES TRUSTEE:**

Christine March
Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002
christine.a.march@usdoj.gov

**GOVERNMENTAL ENTITIES:**

Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

U.S. Attorneys' Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**FINANCIAL ADVISOR FOR THE DEBTORS:**

Lisa Donahue
AlixPartners
40 West 57th Street
New York, NY 10019
ldonahue@alixpartners.com

Albert Stein
AlixPartners
20 North Audley Street London
W1K 6WE United Kingdom
astein@alixpartners.com

**SECURED LENDERS:**

First Commercial Bank Co., Ltd.
c/o Chang Chun Branch
169, Fu Hsing N. Road
Taipei, Taiwan
Republic of China
Fax: 886-2-2719-3388
i70407@firstbank.com.tw
i60034@firstbank.com.tw

Erik Weiting Hsu
Eli O. Columbus
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
Fax: 214-745-5390
whsu@winstead.com
ecolumbus@winstead.com

Sean B. Davis
Winstead PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
Fax: 713-650-2400
sbdavis@winstead.com

Bank SinoPac
No. 8 Ruiguang Road
Neihu District
Taipei City 114, Taiwan
Republic of China
Fax: 886-2-2795-3180
eyork5@sinopac.com
ByHow.Chang@sinopac.com

Mega International Commercial Bank Co., Ltd.
No. 100 Chi Lin Road
Taipei, Taiwan
Republic of China
Fax: 886-2-2531-1599
priscilla@megabank.com.tw
Cheng-Hsien@megabank.com.tw
shihlan@megabank.com.tw

Frederick D. Hyman
Michael F. Lotito
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
Fax: (212) 849 -5664
fhyman@mayerbrown.com
mlotito@mayerbrown.com

H-1003906.1

Charles S. Kelley
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Fax: (713) 238-4888
ckelley@mayerbrown.com

Cathay United Bank Los Angeles Agency
Attn: Branch Manager
707 Wilshire Boulevard, Suite 3200
Los Angeles, CA 90017-3514

David W. Parham
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Fax: (214) 978-3099
david.parham@bakermckenzie.com
john.mitchell@bakermckenzie.com

The Shanghai Commercial & Savings Bank, Ltd.
c/o Dun Pei Branch
No. 142 Min Chuan E. Rd., Sec. 3
Taipei, Taiwan
Republic of China
Fax: 886-2-2716-8368
yeh1350@scsb.com.tw
pshsieh@scsb.com.tw

Peter A. McLauchlan
John P. Melko
Clinton R. Snow
Gardere Wynee Sewell LLP
1000 Louisiana, Ste. 3400
Houston, Texas 77002
Fax: (713) 276-6131
pmclauchlan@gardere.com
jmelko@gardere.com
csnow@gardere.com

**TOP 30 UNSECURED CREDITORS:**

China Shipping Car Carrier
9/F, 700 DongDaMing Road
Shanghai, China 200 080
Fax: +86 21 6596 7215
cscc-operation@cbshipping.com

KPI Bridge Oil
1 Raffles Place, #41-02 OUB Centre
Singapore 048616
Fax: +65 6220 8155
andrew.cheah@kpibridgeoil.com.sg

Transocean Oil PTE Ltd.
1 Commonwealth Lane
No. 06-01/02 Commonwealth
Singapore 149544
Fax: +65 6377 1737
Benny@transoceanoil.com

T.R.S. NV Europe
Ouland 37 - Haven 97
B-2030 Antwerp
Omega Bunker S.R.L.
c/o Mario Berghini, Finance Manager
Via Circonvallazione, 6, 30171 Venezia Mestre
Italy, P.IVA IT03167830276
Fax: +39 041 2380440
finance@omegabunker.com

China Ocean Shipping Agency
COSCO Logistics Plaza, No. 220
Balizhuangbeili Block, Chaoyang District
Beijing, China
Jurong SML PTE. Ltd
29, Tanjong Kling Road
Jurong Town, Singapore 628054
Fax: +65 6262 7231
PHILIP.SSD@JSPL.com

CTX Special Risks Limited
1/F, No.4, Alley 19, Lane 216, Sec. 4
Zhongxiao E. Road Taipei 106, Taiwan
info@ctx-risks.com

H-1003906.1

Scandinavian Bunkering AS
Ovre Langgate 50 N-3110
Tonsberg, Norway
erik@scanb.no

Songa Shipping PET LTD
c/o Ms. Angie Kwek
1 Temasek Avenue #22-05, Millenia Tower
Singapore, 039192
Republic of Singapore
Fax: +65 6339 0559 (Attn: Angie Kwek)
ak@songa.com.sg

Eiger Shipping SA
9, rue du Conseil General, CH 1205
Geneva, Switzerland
Fax: +41 22 705 20 44
Inchape Shipping Services
Suzuyo Hamamatsucho Building
1-16, Kidan 2-chome, Minato-ku 105-0022

Aquarius Marine & Oil Limited
P.O. Box 25, 26 Athol Street
Douglas, Isle of Man, IM99, UK
Fax: +65 6861 7052
supply@aquariusoil.com

Ocean Energy Ltd.
Trust House 112, Bonadie Street
Kingston, Saint Vincent
oceanenergy@oceanenergy.mc

SITC Shipping Corp.
Rooms 2202-2203, 22/F
Office Tower, Convention Plaza
1 Harbour Road
Wanchai, Hong Kong

Gulf Agency Company
P.O. Box 335
Dammam 31411, Saudi Arabia
Fax: + 966 3 8320 35
Panavico Shanghai
3/f No. 13, Zhongshan Road (E.1)
Shanghai, China

Albeit Almamoor General Trading LLC
Al Maktum Street- Doha Center Building,
Flat 702
Dubai
Cathay Century Insurance Co., Ltd.
13/F Kyoto Plaza 491-499 Lockhart Road
Causeway Bay, Hong Kong

Hull Blyth & Co.
10 Coldbath Square Clerkenwell
London, EC1R 5HL
COSCO Manning Corp. Inc.
Floor 6, Building 3, No.170 Beiyuan Road
Chaoyang Dist., Beijing, China
Fax: +86 10-59639321
zhaoj@coscoman.com

Universal Marine Service Co.,
330-110, Chunghak-Dong, Youngdo-Gu
Pusan, Korea 606-075
Fax: +82 51 417 9839/9840
supply@unimsc.kh

BP Marine Limited (Castrol)
Chertsey Road, Sunbury on Thames
Middlesex, TW16 7BP UK
AB Plant Shipping Limited
Colton Grange, High House Farm Lane,
Colton,
Norwich, Norfolk, NR9 5DG
Fax: +44 (0)1603 881174
andy@abplantshipping.co.uk

Shipping Corporation of India Ltd.
No. 245, Madame Cama Road
Mumbai - 400 021

David R. Walker
Counsel to The Shipping Corporation of
India
Royston, Rayzor, Vickery & Williams,
L.L.P.
Pennzoil Place
711 Louisiana Street, Suite 500
Houston, Texas 77002
David.walker@roystonlaw.com

H-1003906.1

North Sea Group Hong Kong Ltd.
3307, 33/F, Hopewell Centre
183 Queens Road East
Wanchai, Hong Kong
Zhejiang Eastern Shipyard Co.,
Ltd.Chaotoumen,
Qushan, Daishan, ZHoushan
Zhejiang, 316281, China
Fax: +086 (0)580 498 1027
sales@zescoshipyard.com

Wilhelmsen Ships Services
6/F, No.96, Section 1 Jian Guo North Road
Taipei
104 Taiwan, Republic of China
Fax: 886 2 2509-5733
wss.taipei.csc@wilhelsen.com

Vanguard Energy Pte. Ltd.
1 Kim Seng Promenade,
#17-03, Great World City East Tower
Singapore 237994
Fax: +65 6238 5109
enquiries@v-e.com.sg

Xiamen Hailong Manning Service Co.,
The Atlantic Seaview City Bldg A Flr13
No.9 Hubin
West Road, Xiamen
Fax: (0592) 2683378
finance@xmhailong.com

**EQUITY SECURITY HOLDERS (≥ 5%):**

Hsin Chi Su and Rika Morimoto
8F., No. 126, Sec. 1
Jianguo N. Rd.
Taipei City104, Taiwan

F2 Capital and New Flagship Investment
Co., Ltd
12th Floor. No. 167, FuHsin N. Rd
Taipei, Taiwan, R.O.C.

TMT Co., Ltd and TMT Energy Services
Corporation
10F, No. 245, Sec 1, Dunhua S Rd, Da'an
District,
Taipei 106, Taiwan

Estimar Marine S.A., Mommy Management
Corp.
and Ugly Duckling Holding Corporation
Salduba Building, 3rd Floor, East 53rd
Street
Marbella Urbanization
Panama, Republic of Panama

**DIRECTORS/MEMBERS:**

Hsin Chi Su, Tai Chou Chang and Rika
Morimoto
8F., No. 126, Sec. 1
Jianguo N. Rd.
Taipei City104, Taiwan

Lilia Judith Tovar De Leon, Estimar Marine
S.A.
and Mommy Management Corp.
Salduba Building, 3rd Floor, East 53rd
Street
Marbella Urbanization
Panama, Republic of Panama

F4 Capital and Taiwan Maritime
Transportation Co.,
Ltd
12th Floor. No. 167, FuHsin N. Rd
Taipei, Taiwan, R.O.C.

H-1003906.1

**CREDITORS COMMITTEE COUNSEL:**

John R. Ashmead
Benjamin Blaustein
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
Fax: (212) 901-2110
ashmead@sewkis.com
blaustein@sewkis.com

James S. Carr
Kelley Drye
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897
cwolfe@kelleydrye.com
jcarr@kelleydrye.com

**OTHER NOTICE PARTIES:**

Commerzbank AG, Germany
Commerzbank AG D-60261 Frankfurt
rong.liu@commerzbank.com

KPI Bridge Oil Imited and
KPIBridge Oil Singapore Pte Ltd.
c/o Jan Obel
4th Floor Cardinal Place
80 Victoria Street
London, SW1E 5JL, United Kingdom
Fax: +44 207799 421
Jan.obel@kpibridgeoil.co.uk

China Ocean Shipping Agency Shanghai
d/b/a Panavico Shanghai
c/o Tao Yangen, Client Manager
11F No. 531 Wusong Road
Shanghai, China
Fax: +68 21 6329 1519
agency@panavico.sh.cn

Omega Bunker (via email)
Represented by Fred Stevens
Klestadt & Winters, LLP
570 New York, New York 10018
Fax: (212) 972-2245
fstevens@klestade.com

Hundai Sambo Heavy Industries Co., Ltd.
Represented by: Jeffrey S. Harrison
Pusan Pacific Law Office
11th Fl., Byucksun E-Centum Class One Bldg.
#2110, Jaesong-dong, Haeundae-gu
Busan 612-050, Republic of Korea
Fax: +82-51-244-4484
mail@pusanlaw.com

China Ocean Shipping Agency, Shanghai
d/b/a Panavico Shanghai
Represented by: Steven T. Gubner
Ezra Brutzkus Gubner, LLP
Warner Center
21650 Oxnard Street, Suie 500
Woodland Hills, CA 91367-4911
Fax: (818) 827-9090
sgubner@ebg-law.com

China Shipping Car Carrier
Represented by: Bradford J. Sandler
Pachulski Stand Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

William R. Greendyke
Jason L. Boland
Mark A. Worden
**Fulbright & Jaworski LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
jason.boland@nortonrosefulbright.com
mark.worden@nortonrosefulbright.com

H-1003906.1

<div style="display: flex;">

Robin C. Gibbs
**GIBBS &BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903
RGibbs@gibbsbruns.com
Vidal G. Martinez

**Martinez Partners LLP**
One Riverway, Suite 1700
Houston, Texas 77056
Telephone: 713-300-3850
Facsimile: 713-513-5546
E-mail: vidal@martinez.net

</div>

H-1003906.1