**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TMT PROCUREMENT CORPORATION, *et al.*,[1] | § | Case No.: 13-33763 |
| | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD., FOR AUGUST 28, 2013**

Mega International Commercial Bank Co., Ltd., both in its capacity as an individual lender as well as its role as agent bank in those certain syndicated facilities related to certain of the above-captioned debtors and debtors in possession ("**Mega Bank**"), through its undersigned counsel, hereby submits this *Witness and Exhibit List* for all matters scheduled to be heard on **Wednesday, August 28, 2013** (the "**Hearing**").

**WITNESSES**

Mega Bank may call any of the following witnesses at the Hearing, whether in person, telephonically, or by proffer:

- Jim Dolphin of AMA Capital Partners LLC;
- Craig Neil Cunningham of Bowman Gilfillan Inc.;
- Yap Fook Ken of Allen & Gledhill LLP;
- Guangwei Sun of Liaoning Fada Law Firm;

1 The Debtors in these Chapter 11 cases (the "**Cases**") are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd.; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

- Adrian Attard or another professional of Fenech and Fenech Advocates;
- Hsin-Chi Su;
- TMT corporate representative;
- Lisa Donahue;
- AlixPartners witness;
- any witness called by any other party; and
- any witness necessary for rebuttal.

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtors' Proposed Order Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code Enforcing and Restating Automatic Stay and Ipso Facto Provisions [Dkt. No. 5-1] | | | | |
| 2 | Consolidated List of Creditors Holding 30 Largest Unsecured Claims [Dkt. No. 10] | | | | |
| 3 | Declaration of Lisa Donahue in Support of Debtors' Voluntary Petitions Under Chapter 11 of Title 11 of the United States Code and First Day Motions [Dkt. No. 15] | | | | |
| 4 | Exhibit A to Cash Collateral Motion [Dkt. No. 19] | | | | |
| 5 | Order Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code Enforcing and Restating Automatic Stay and Ipso Facto Provisions [Dkt. No. 23] | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 6 | Objection of Mega International Commercial Bank Co., Ltd., to Debtors' Emergency Motion for an Order (i) Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders, (ii) Granting Adequate Protection for Use Thereof, and (iii) Scheduling Final Hearing [Dkt. No. 35] | | | | |
| 7 | Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection [Dkt. No. 43] | | | | |
| 8 | Debtors' Second Emergency Motion for an Order Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders to Pay Insurance Premiums [Dkt. No. 65] | | | | |
| 9 | Objection of Mega International Commercial Bank Co., Ltd., to Debtors' Second Emergency Motion for an Order Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders to Pay Insurance Premiums [Dkt. No. 76] | | | | |
| 10 | Notice of Appointment of Committee of Unsecured Creditors [Dkt. No. 84] | | | | |
| 11 | Notice of Declaration of Joelle Louise Downes Regarding South African Law [Dkt. No. 116] | | | | |
| 12 | Declaration of Joelle Louise Downes Regarding South African Law [Dkt. No. 116-1] | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 13 | Emergency Motion for Cash Collateral Use for Limited Purpose of Maintaining Vessel Communication Systems [Dkt. No. 145] | | | | |
| 14 | Order Regarding "C Whale" [Dkt. No. 175] | | | | |
| 15 | Schedules and Statements – A Duckling Corporation [Dkt. No. 177] | | | | |
| 16 | Schedules and Statements – A Handy Corporation [Dkt. No. 178] | | | | |
| 17 | Schedules and Statements – A Ladybug Corporation [Dkt. No. 179] | | | | |
| 18 | Schedules and Statements – A Whale Corporation [Dkt. No. 180] | | | | |
| 19 | Schedules and Statements – B Handy Corporation [Dkt. No. 181] | | | | |
| 20 | Schedules and Statements – B Max Corporation [Dkt. No. 182] | | | | |
| 21 | Schedules and Statements – B Whale Corporation [Dkt. No. 183] | | | | |
| 22 | Schedules and Statements – C Handy Corporation [Dkt. No. 184] | | | | |
| 23 | Schedules and Statements – C Ladybug Corporation [Dkt. No. 185] | | | | |
| 24 | Schedules and Statements – C Whale Corporation [Dkt. No. 186] | | | | |
| 25 | Schedules and Statements – D Ladybug Corporation [Dkt. No. 187] | | | | |
| 26 | Schedules and Statements – D Whale Corporation [Dkt. No. 188] | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 27 | Schedules and Statements – E Whale Corporation [Dkt. No. 189] | | | | |
| 28 | Schedules and Statements – F Elephant Inc. [Dkt. No. 190] | | | | |
| 29 | Schedules and Statements – G Whale Corporation [Dkt. No. 191] | | | | |
| 30 | Schedules and Statements – Great Elephant Corporation [Dkt. No. 192] | | | | |
| 31 | Schedules and Statements – H Whale Corporation [Dkt. No. 193] | | | | |
| 32 | Schedules and Statements – New Flagship Investment Co., Ltd. [Dkt. No. 194] | | | | |
| 33 | Schedules and Statements – RoRo Line Corporation [Dkt. No. 195] | | | | |
| 34 | Schedules and Statements – TMT Procurement Corporation [Dkt. No. 196] | | | | |
| 35 | Schedules and Statements – Ugly Duckling Holding Corporation [Dkt. No. 197] | | | | |
| 36 | Supplemental Order Authorizing Use of Cash Collateral and Granting Adequate Protection [Dkt. No. 200] | | | | |
| 37 | Order to Provide Information [Dkt. No. 201] | | | | |
| 38 | Second Supplemental Order Authorizing Use of Cash Collateral and Granting Adequate Protection [Dkt. No. 251] | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 39 | Verified Statement of the Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al. Pursuant to Bankruptcy Rule 2019 [Dkt. No. 286] | | | | |
| 40 | Notice of (i) Intention to Raise Issues About South African Law and (ii) Filing of Cunningham Declaration [Dkt. No. 310; Adv. Dkt. No. 26] | | | | |
| 41 | Declaration of Craig Neil Cunningham Regarding South African Law [Dkt. No. 310-1; Adv. Dkt. No. 26-1] | | | | |
| 42 | Exhibit A to Declaration of Craig Neil Cunningham Regarding South African Law [Dkt. No. 310-1; Adv. Dkt. No. 26-1] | | | | |
| 43 | Notice of (i) Intention to Raise Issues About PRC Law and (ii) Filing of Sun Declaration [Dkt. No. 311] | | | | |
| 44 | Declaration of Guangwei Sun Regarding PRC Law and all exhibits thereto [Dkt. No. 311-1] | | | | |
| 45 | Exhibit A to Declaration of Guangwei Sun Regarding PRC Law and all exhibits thereto [Dkt. No. 311-1] | | | | |
| 46 | Exhibit B to Declaration of Guangwei Sun Regarding PRC Law and all exhibits thereto [Dkt. No. 311-1] | | | | |
| 47 | Exhibit C to Declaration of Guangwei Sun Regarding PRC Law and all exhibits thereto [Dkt. No. 311-1] | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 48 | Notice of (i) Intention to Raise Issues About Singaporean Law and (ii) Filing of Yap Declaration [Dkt. No. 312; Adv. Dkt. No. 27] | | | | |
| 49 | Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 50 | Exhibit A to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 51 | Exhibit B to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 52 | Exhibit C to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 53 | Exhibit D to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 54 | Exhibit E to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 55 | Exhibit F to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 56 | Exhibit G to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 57 | Exhibit H to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 58 | Exhibit I to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 59 | Exhibit J to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 60 | Exhibit K to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 61 | Exhibit L to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 62 | Exhibit M to Declaration of Yap Fook Ken Regarding Singaporean Law [Dkt. No. 312-1; Adv. Dkt. No. 27-1] | | | | |
| 63 | Bareboat Charter dated October 10, 2010, between D Whale Corporation, as Owner, and Blue Whale Corp., as Bareboat Charterer | | | | |
| 64 | Bareboat Charter dated November 1, 2010, between E Whale Corporation, as Owner, and Blue Whale Corp., as Bareboat Charterer | | | | |
| 65 | Bareboat Charter dated June 3, 2011, between G Whale Corporation, as Owner, and Blue Whale Corp., as Bareboat Charterer | | | | |
| 66 | Bareboat Charter dated June 20, 2011, between H Whale Corporation, as Owner, and Blue Whale Corp., as Bareboat Charterer | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 67 | Time Charter Party dated June 25, 2010, between C Whale Corporation and Blue Whale Corporation | | | | |
| 68 | Time Charter Party (D Whale) between Blue Whale Corporation and Nasatel General Trading LLC | | | | |
| 69 | Time Charter Party (G Whale) between Blue Whale Corporation and ECB International LLC | | | | |
| 70 | Time Charter Party (H Whale) between Blue Whale Corporation and ECB International LLC | | | | |
| 71 | Loan, Mortgage, and Security Documents: A Duckling | | | | |
| 72 | Loan, Mortgage, and Security Documents: A Ladybug | | | | |
| 73 | Loan, Mortgage, and Security Documents: C Whale | | | | |
| 74 | Loan, Mortgage, and Security Documents: D Whale | | | | |
| 75 | Loan, Mortgage, and Security Documents: E Whale | | | | |
| 76 | Loan, Mortgage, and Security Documents: G Whale | | | | |
| 77 | Loan, Mortgage, and Security Documents: H Whale | | | | |
| 78 | Financial Statements: A Duckling Corporation | | | | |
| 79 | Financial Statements: A Ladybug Corporation | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 80 | Financial Statements: C Whale Corporation | | | | |
| 81 | Financial Statements: D Whale Corporation | | | | |
| 82 | Financial Statements: E Whale Corporation | | | | |
| 83 | Financial Statements: G Whale Corporation | | | | |
| 84 | Financial Statements: H Whale Corporation | | | | |
| 85 | Notices of Default and Acceleration (A Duckling, A Ladybug, C Whale, D Whale, E Whale, G Whale, and H Whale) | | | | |
| 86 | Transcript of July 16, 2013 Hearing [Dkt. No. 117] | | | | |
| 87 | Transcript of July 17, 2013 Hearing [Dkt. No. 125] | | | | |
| 88 | Transcript of July 18, 2013 Hearing [Dkt. No. 207] | | | | |
| 89 | Time Charter Party (D Whale) between Blue Whale Corp., as Owners, and Avantgarde Shipping Limited of Hong Kong, as Charterers | | | | |
| 90 | Time Charter Party (G Whale) between Blue Whale Corp., as Owners, and ECB International LLC of UAE, as Charterers, and related documents as provided by AlixPartners on August 8, 2013. | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 91 | Time Charter Party (H Whale) between Blue Whale Corp., as Owners, and ECB International LLC of UAE, as Charterers | | | | |
| 92 | Warrant of Arrest – M/V A Ladybug (Maltese) | | | | |
| 93 | Warrant of Arrest – M/V A Ladybug (certified English translation) | | | | |
| 94 | Tarra Quismundo, *Marooned in Malta, 21 Filipino seamen seek help*, Philippine Daily Inquirer, August 13, 2013, at 9:35 p.m. | | | | |
| 95 | Editorial, *Taiwanese car carrier A Ladybug abandoned by owner?*, Maritime Bulletin, August 14, 2013, at 1:10 a.m. | | | | |
| 96 | Email from M. Lotito to I. O'Hearn, July 31, 2013, at 2:28 p.m. (Eastern), requesting status of A Ladybug Gard P&I premium | | | | |
| 97 | Email from T. Wood to F. Hyman, August 7, 2013, at 2:28 p.m. (Eastern), stating "*All vessels have communication service and we are not aware of any current or outstanding threats to terminate that service*" and "*We can confirm that A Ladybug is insured.*" | | | | |
| 98 | Mega Critical Vendor Payment Log as at 16 Aug.xlsx, prepared by AlixPartners and delivered to AMA | | | | |
| 99 | Caveat Notice in Terms of Admiralty Rue 4(4) of Jurong Shipyard (Pty) Ltd. (AC 19/2013) | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 100 | Caveat Notice in Terms of Admiralty Rue 4(4) of Jurong Shipyard (Pty) Ltd. (AC 10/2013) | | | | |
| 101 | 32 Crew Individuals v. M/V E Whale, Case No. AC 10/2013 (Summons for Admiralty Action in Rem in the High Court of South Africa) | | | | |
| 102 | Bank Account Statement (H Whale) for Preceding Two Months | | | | |
| 103 | Dolphin Offshore Chandling (Pty) Ltd v. M/V E Whale, Case No. AC22/2013 (Notice of Arrest) | | | | |
| 104 | Any proposed budgets produced by the Debtors or their advisors. | | | | |
| 105 | Any other document produced by Debtors in advance of the dismissal hearings commencing on July 16, 2013. | | | | |
| 106 | Any other exhibit offered for admission by any other party at the Hearing. | | | | |

Mega Bank reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents and to supplement or amend this *Witness and Exhibit List* at any time prior to the Hearing.

[*remainder of page intentionally left blank*]

Respectfully submitted this 26th day of August, 2013,

**MAYER BROWN LLP**

By: /s/ Charles S. Kelley
Charles S. Kelley
State Bar No. 11199580
Southern District of Texas Bar No. 15344
700 Louisiana Street, Suite 3400

Houston, TX 77002-2730
Telephone: 713 238-3000
Facsimile: 713 238-4888
Email: ckelley@mayerbrown.com

*and*

Frederick D. Hyman (admitted *pro hac vice*)
Michael F. Lotito (admitted *pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Telephone No.: 212 506-2500
Facsimile No.: 212 262-1910
Email: fhyman@mayerbrown.com
Email: mlotito@mayerbrown.com

*Attorneys for Mega International Commercial Bank Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2013, a true and correct copy of the aforementioned *Witness and Exhibit List* was served on all parties entitled to receive electronic notice in these Cases by the Electronic Case Filing system, and on the counsel below by first class U.S. mail.

Evan D. Flaschen
BRACEWELL & GIULIANI LLP
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103

James S. Carr
Craig A. Wolfe
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178

Christine A. March
Office of the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

William A. (Trey) Wood III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

John R. Ashmead
Benjamin Blaustein
SEWARD & KISSELL LLP
One Battery Park Plaza
New York, New York, 10004

David W. Parham
BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

Eli O. Columbus
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

Peter A. McLauchlan (TX 13740900)
John P. Melko (TX 13919600)
Clinton R. Snow (TX 24060629)
1000 Louisiana, Suite 3400
Houston, TX 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

/s/ Charles S. Kelley
Charles S. Kelley