IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TMT PROCUREMENT CORPORATION, *et al.*,[1] | § § § | Case No.: 13-33763 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF SHANGHAI COMMERCIAL AND SAVINGS BANK LTD., FOR AUGUST 28, 2013, HEARING

Shanghai Commercial and Savings Bank Ltd., both in its capacity as an individual lender as well as its role as agent bank in those certain syndicated facilities related to certain of the above-captioned debtors and debtors in possession ("**Shanghai Bank**"), through its undersigned counsel, hereby submits this *Witness and Exhibit List* for all matters scheduled to be heard on **Wednesday, August 28, 2013** (the "**Hearing**").

### WITNESSES

Shanghai Bank may call any of the following witnesses at the Hearing, whether in person, telephonically, or by proffer:

- Jim Dolphin of AMA Capital Partners LLC;
- Hsin-Chi Su;
- TMT corporate representative;
- Bracewell representative

---

[1] The Debtors in these Chapter 11 cases (the "**Cases**") are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd.; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

- Lisa Donahue;
- AlixPartners witness;
- any witness called by any other party; and
- any witness necessary for rebuttal.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Bracewell Engagement Letter | | | | |
| 2 | Bracewell Declaration in support of retention application | | | | |
| 3 | Amended Bracewell Declaration in support of retention application | | | | |
| 4 | Any other exhibit offered for admission by any other party at the Hearing. | | | | |

Shanghai Bank reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents and to supplement or amend this *Witness and Exhibit List* at any time prior to the Hearing.

[*remainder of page intentionally left blank*]

Respectfully submitted this 26th day of August, 2013,

Dated: August 26, 2013

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

By:   /s/ Peter A. McLauchlan
      Peter A. McLauchlan
      State Bar No. 13740900
      Email: pmclauchlan@gardere.com
      John P. Melko
      State Bar No. 13919600
      Email: jmelko@gardere.com
      Clinton R. Snow
      State Bar No. 24060629
      Email: csnow@gardere.com
      Anacarolina Estaba
      State Bar No. 24085298
      Email: aestaba@gardere.com
      1000 Louisiana Street, Suite 3400
Houston, Texas 77002
Tel:  713.276.5500
Fax:  713.276.5555

*Attorneys for Shanghai Commercial & Savings Bank*

## Certificate of Service

      I hereby certify that on August 26, 2013, this document was served through the court's ECF system on all parties entitled to receive electronic notice in these cases, including counsel for the Debtors, the Official Committee of Unsecured Creditors, the U.S. Trustee, and all parties who have filed a notice of appearance requesting such service, as indicated below:

John R Ashmead on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
ashmead@sewkis.com

John R Ashmead on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
ashmead@sewkis.com

John R Ashmead on behalf of Creditor Committee Seward & Kissel LLP
ashmead@sewkis.com

Bradley Benoit on behalf of Witness HSIN-CHI aka NOBU SU SU
brad.benoit@bgllp.com, elizabeth.miller@bgllp.com

Benjamin Blaustein on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
blaustein@sewkis.com

Jason Lee Boland on behalf of Interested Party Vantage Drilling Company, Inc.
jboland@fulbright.com

James S Carr on behalf of Attorney Co-Counsel for the Official Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com

James S Carr on behalf of Creditor Offical Committee of Unsecured Creditors of TMT USA Shipmanagement LLC, et al.
KDWBankruptcyDepartment@kelleydrye.com

Eli Omar Columbus on behalf of Creditor First Commercial Bank Co., Ltd.
ecolumbus@winstead.com, lbayliss@winstead.com

Sean B Davis on behalf of Creditor First Commercial Bank Co., Ltd.
sbdavis@winstead.com, pschneller@winstead.com

Matthew T Ferris on behalf of Creditor First Commercial Bank Co., Ltd.
mferris@winstead.com, lbayliss@winstead.com

William R Greendyke on behalf of Interested Party Vantage Drilling Company, Inc.
wgreendyke@fulbright.com

Gardere01 - 6354368v.1

Weiting Hsu on behalf of Creditor First Commercial Bank Co., Ltd.
whsu@winstead.com

Charles Stephen Kelley on behalf of Creditor Mega International Commercial Bank Co., Ltd.
ckelley@mayerbrown.com, sswihart@mayerbrown.com;courtnotification@mayerbrown.com

Charles Stephen Kelley on behalf of Defendant Mega International Commercial Bank Co., Ltd
ckelley@mayerbrown.com, sswihart@mayerbrown.com;courtnotification@mayerbrown.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Peter A McLauchlan on behalf of Creditor Shanghai Commercial & Savings Bank
pmclauchlan@gardere.com, sbergeron@gardere.com

John P Melko on behalf of Creditor Shanghai Commercial & Savings Bank
jmelko@gardere.com

John E Mitchell on behalf of Creditor Bank Sinopac
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

John E Mitchell on behalf of Creditor Cathay United Bank
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

John E Mitchell on behalf of Defendant Cathay United Bank
john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com

David William Parham on behalf of Creditor Bank Sinopac
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

David William Parham on behalf of Creditor Cathay United Bank
david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com

Alfredo R Perez on behalf of Creditor BHP Billiton Marketing AG
alfredo.perez@weil.com, chris.lopez@weil.com;gayle.mitchel@weil.com

Alfredo R Perez on behalf of Defendant BHP Billiton Marketing A.G.
alfredo.perez@weil.com, chris.lopez@weil.com;gayle.mitchel@weil.com

Clinton R. Snow on behalf of Creditor Shanghai Commercial & Savings Bank
csnow@gardere.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

David R Walker on behalf of Creditor The Shipping Corporation of India
david.walker@roystonlaw.com, robin.gilpin@roystonlaw.com

Craig A Wolfe on behalf of Creditor Committee Official Committee of Unsecured Creditors of TMT Procurement Corporation, et al.
kdwbankruptcydepartment@kelleydrye.com

William Alfred Wood, III on behalf of the Debtors
Trey.Wood@bgllp.com

/s/ John P. Melko
John P. Melko

Gardere01 - 6354368v.1