IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| § | | |
| **TMT PROCUREMENT CORP.,** *et al.*,[1] § | | Case No. 13-33763 |
| § | | |
| § | | |
| **DEBTORS.** § | | Jointly Administered |

## NOTICE OF ACCEPTANCE OF ORDER REGARDNG SHARES

PLEASE TAKE NOTICE that, as evidenced by F3 Capital's signature below, the Debtors are informed by F3 Capital that it unconditionally accepts the terms of the Order Regarding Shares, dated August 26, 2013, at Docket Number 323.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By:  */s/ William A. (Trey) Wood III*
    William A. (Trey) Wood III
    Texas Bar No. 21916050
    Trey.Wood@bgllp.com
    Jason G. Cohen
    Texas Bar No. 24050435
    Jason.Cohen@bgllp.com
    711 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 223-2300
    Facsimile: (713) 221-1212

-and-

---

[1] The Debtors in these chapter 11 cases are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

#4353541

Evan Flaschen
(admitted *pro hac vice*)
Evan.Flaschen@bgllp.com
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

-and-

Robert G. Burns
(admitted *pro hac vice*)
Robert.Burns@bgllp.com
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (800) 404-3970

**PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

**CERTIFICATE OF ACCEPTANCE**

I refer to the Order Regarding Shares, Dkt. No. 323, entered by Judge Isgur in 13-33763, *In re TMT Procurement Corporation* (the "Order"). I have discussed the Order with counsel for F3 Capital. In conjunction with Paragraph 10 of the Order, I hereby confirm that F3 Capital unconditionally accepts the terms of the Order.

By: _____
Name:   Hsin Chi Su
Title:   President, F3 Capital

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 27, 2013, a true and correct copy of this document was served on all parties on the attached master service list by electronic means as listed on the Court's ECF noticing system and/or by electronic mail as indicated.

/s/ Jason G. Cohen
Jason G. Cohen

#4353541