

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/28/2013

| In Re: | § | Chapter 11 |
|---|---|---|
| | § | |
| TMT PROCUREMENT CORP., *et al.*,[1] | § | Case No. 13-33763 |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER ON ESTOPPEL

On this date, the Court is considering various motions to retain professionals. By agreement of the parties, the orders issued on those matters will not prejudice or estop the appellants' positions or contentions pending in their appeal of the Court's July 23, 2013 Order (ECF #134).

August 28, 2013.

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.