IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TMT PROCUREMENT CORPORATION, | § | Civil Action No.: 13-2301 |
| *et al.*,[1] | § | Bankr. Case No.: 13-33740 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF FILING OF DECLARATION OF DR. ANN FENECH REGARDING ARREST OF THE *M/V A LADYBUG* AND MALTESE LAW

**PLEASE TAKE NOTICE** that, on August 23, 2013, Mega International Commercial Bank Co., Ltd. ("**Mega Bank**"), through its undersigned counsel, filed its *Emergency Motion of Mega International Commercial Bank Co., Ltd., Pursuant to 11 U.S.C. §§ 105(a) and 362(d) for Entry of Order Granting Relief from Automatic Stay* [Bankr. Dkt. No. 309] (the "**Motion for Relief**"), seeking, among other things, relief from the automatic stay to pursue any and all of its rights and remedies in respect of the *M/V A Ladybug*.

**PLEASE TAKE NOTICE** that, on September 10, 2013, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, made applicable to cases under title 11 of the United States Code by Rule 9017 of the Federal Rules of Bankruptcy Procedure, Mega Bank filed its *Supplemental Notice of Intention to Raise Issues About Foreign Law* [Bankr. Dkt. No. 425] (the "**Rule 44.1 Notice**"), noticing all relevant parties of Mega Bank's intention to raise, among other things, issues of Maltese law in respect of the Motion for Relief.

---

[1]  The Debtors in these Chapter 11 cases are:  (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

**PLEASE TAKE NOTICE** that an evidentiary hearing on the Motion for Relief in respect of the *M/V A Ladybug*, among other vessels, was scheduled to occur on September 17, 2013, in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

**PLEASE TAKE NOTICE** that on September 13, 2013, the United States District Court for the Southern District of Texas (the "**District Court**") entered an order, among other things, withdrawing the reference of these jointly administered Cases [Bankr. Dkt. No. 438] [Civ. Action Dkt. No. 18] (the "**Order Withdrawing Reference**").

**PLEASE TAKE NOTICE** that on September 13, 2013, in recognition of the Order Withdrawing Reference, the Bankruptcy Court entered an order, among other things, canceling the September 17, 2013 hearing on the Motion for Relief [Bankr. Dkt. No. 440].

**PLEASE TAKE NOTICE** that on September 20, 2013, Mega Bank filed its *Emergency Motion to Schedule Hearing on Emergency Motion of Mega International Commercial Bank Co., Ltd., Pursuant to 11 U.S.C. §§ 105(a) and 362(d) for Entry of Order Granting Relief from Automatic Stay (*M/V A Ladybug *only)* [Bankr. Dkt. No. 471] [Civ. Action Dkt. No. 65] (the "**Emergency Motion**"), which seeks a hearing on the Motion for Relief, in respect of the *M/V A Ladybug* only, on or before September 24, 2013.

**PLEASE TAKE NOTICE** that, in furtherance of the Motion for Relief, the Rule 44.1 Notice, and the Emergency Motion, Mega Bank hereby files this notice (the "**Notice**") and *Declaration of Dr. Ann Fenech Regarding Arrest of the* M/V A Ladybug *and Maltese Law* (the "**Declaration**") attached hereto as Exhibit 1.

**PLEASE TAKE NOTICE** that true and correct copies of the Notice and Declaration will be hand-delivered to the District Court.

Respectfully submitted this 21st day of September, 2013,

**MAYER BROWN LLP**

By: /s/ Charles S. Kelley
Charles S. Kelley
State Bar No. 11199580
Southern District of Texas Bar No. 15344
700 Louisiana Street, Suite 3400

Houston, TX 77002-2730
Telephone:  713 238-3000
Facsimile:   713 238-4888
Email:  ckelley@mayerbrown.com

*and*

Frederick D. Hyman (*pro hac vice* admission pending)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Telephone No.:  212 506-2500
Facsimile No.:  212 262-1910
Email:  fhyman@mayerbrown.com

*Attorneys for Mega International Commercial Bank Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2013, a true and correct copy of the aforementioned Notice and Declaration were served on all parties entitled to receive electronic notice in these Cases by the Electronic Case Filing system and on all parties listed below by electronic mail.

Counsel to Debtors
William A. (Trey) Wood, III
Jason G. Cohen
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, TX 77002
trey.wood@bgllp.com
jason.cohen@bgllp.com

Evan D. Flaschen
BRACEWELL & GIULIANI LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
evan.flaschen@bgllp.com

Robert G. Burns
BRACEWELL & GIULIANI LLP
1251 Avenue of the Americas
New York, NY 10020-1104
bob.burns@bgllp.com

United States Trustee
Christine March
Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002
christine.a.march@usdoj.gov

Proposed Co-Counsel to Committee
John R. Ashmead
Benjamin Blaustein
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
blaustein@sewkis.com

Craig A. Wolfe
James S. Carr
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
cwolfe@kelleydrye.com
jcarr@kelleydrye.com

Other Notice Parties
David W. Parham
John E. Mitchell
Rosa A. Shirley
BAKER McKENZIE LLP
2001 Ross Ave, Ste 2300
Dallas, TX 75201
david.parham@bakermckenzie.com
john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

John P. Melko
Peter A. McLauchlan
Clinton R. Snow
Anacarolina Estaba
Orin H. Lewis
Stacy R. Obenhaus
GARDERE WYNNE SEWELL LLP
1000 Louisiana Street, Ste 3400
Houston, TX 77002
jmelko@gardere.com
pmclauchlan@gardere.com
csnow@gardere.com
aestaba@gardere.com
olewis@gardere.com
sobenhaus@gardere.com

Eli O. Columbus
Sean B. Davis
Weiting Hsu
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
ecolumbus@winstead.com
sbdavis@winstead.com
whsu@winstead.com

William R. Greendyke
FULBRIGHT & JAWORSKI LLP
2200 Ross Ave, Suite 2800
Dallas, TX 75201
william.greendyke@nortonrosefulbright.com

Jason L. Boland
Mark A. Worden
Robert A. Black
FULBRIGHT JAWORSKI LLP
1301 McKinney, Ste 4100
Houston, TX 77010
jboland@fulbright.com
mworden@fulbright.com
rblack@fulbright.com

Robin C. Gibbs
Angus J. Dodson
David M. Sheeren
GIBBS & BRUNS LLP
1100 Louisiana, Ste 5300
Houston, TX 77002
rgibbs@gibbsbruns.com
jdodson@gibbsbruns.com
dsheeren@gibbsbruns.com

Vidal G. Martinez
MARTINEZ PARTNERS LLP
One Riverway, Suite 1700
Houston, TX 77056
vidal@martinez.net

Dr. Ann Fenech
FENECH & FENECH ADVOCATES
198, Old Bakery Street
Valletta VLT1455
Malta
ann.fenech@fenlex.com

/s/ Charles S. Kelley
Charles S. Kelley