**Document AF 2**

Document AF2

Akkordat

Nru. 32

Mandat ta' Arrest ta' Bċejjeċ tal-Baħar
'il fuq minn għaxar metri (Kawtelatorju)

Onor. T. Mallia LL.D.
Imħallef

**14 AUG 2013**

Fil-Prim' Awla tal-Qorti Ċivili

Mandat Nru. 1223/13 HG

Reġ € 174.70
u 40% € 27.96
———————
€ 202.66
OF

Rikorrent **Paul Falzon (KI 143460M)**
bħala mandatarju speċjali
f'isem u għan-nom tal-assenti
**Abbasi Zafar-Ul-Huda**
(Passaport numru
**CN1017472**) #

vs

Intimat: **Il-bastiment 'A LADYBUG'**
(IMO 9441867)

Rikors ta' **Paul Falzon (KI 143460M)** fil-kwalita' tiegħu premessa

Jingħad bir-rispett u bil-ġurament ta' Paul Falzon jikkonferma:-

Illi l-esponent/i irid qiegħed fiż-żgur dejn jew pretensjonijiet, *in personam* jew *in rem*, li bit-tluq tal-biċċa tal-baħar li qed tissemma f'tali rikors jistgħu jiġu skartati;

Illi d-dejn jew pretensjoni huwa s-segwenti:-

**Somma komplessiva ta' mija disgħa' u erbgħin elf sitta u għoxrin dollaru amerikan u sitta u erbgħin-il ċenteżmu (USD 149,026.46)** illum ekwivalenti għal mija u sbatax-il elf sitt mija sitta u ħamsin ewro u disgħa' u ħamsin-il ċenteżmu **(EUR 117,656.59)**, liema somma qed tiġi likwidata għall-fini ta' dan il-mandat kawtelatorju biss, formanti parti minn somma akbar dovuta mill-proprjetarju tal-bastiment intimat, ossia TMT Co. Ltd, lir-rikorrenti konsistenti f'pagi u salarji dovuti lilhom bħala kaptan, uffiċjali u membri tal-ekwipaġġ tal-istess bastiment intimat u di piu'spejjeż relatati mar-ripatrijazzjoni tar-rikorrenti, bi spejjeż ġudizzjarji u legali riżervati u bl-imgħaxijiet skond il-liġi.

Illi l-biċċa tal-baħar li tagħha qed jintalab l-arrest hija s-segwenti:-

- Isem:- **A LADYBUG**

- Dettalji ta' identifikazzjoni tal-biċċa tal-baħar

1. Reġistrat :- **Panama**

2. Numru IMO:- **9441867**

3. *Gross Tonnage*:- **72,408**

4. *Call sign*:- **HP6290**

- Lok fejn qiegħda il-biċċa tal-baħar:- **Territorju tal-baħar Malti - Bunkering Area 3**

- Awtorita: **Awtorita' għat-Trasport f'Malta, Malta Transport Centre, Marsa MRS 1917**

Illi, bis-safar tal-biċċa tal-baħar fuq riferita, il-kreditu ta' l-esponent jista' jiġi eluż;

Għaldaqstant, qed jintalab bir-rispett lil din l-Onorabbli Qorti sabiex tordna l-ħruġ tal-Mandat ta' Arrest ta' Bċejjeċ tal-Baħar għall-kreditu hawn infraskritt fuq il-biċċa tal-baħar hawn fuq indikata, bl-ispejjeż tal-preżenti proċedura.

Avukat
**Av. Aron Mifsud Bonnici**
40/1, Triq iż-Żekka, Valletta

**Av. Matthew J. Grech**
40/1, Triq iż-Żekka, Valletta

Prokuratur Legali

1 4 AUG 2013

Ikkonfermat bil-ġurament quddiemi wara illi qrajt il-kontenut, li ġie ppreżentat minn:-
PC J Gallogic

Illum 14-IG AWISSU 2013
Deher Paul Falzon
I.D. No 143460M
ħalef il-korrettezza ta' dan l-att
waqt li qrajtulu

NADINE FARRUGIA B A .L.P.
Commissioner for Oaths

Rikorrent *nomine*: 31, Is-Sliem, Triq l-Istefanotis, Santa Lucia.

**Notifiki:**

(1) Il-bastiment 'A LADYBUG', ibħra territorjali ta' Malta, *Bunkering Area 3*

(2) Transport Malta, Malta Transport Centre, Marsa MRS 1917

(3) Kontrollur tad-Dwana, Dipartiment tad-Dwana, Customs House, Lascaris Wharf, Valletta

(4) Kummissarju tal-Pulizija, Kwartieri Ġenerali tal-Pulizija, Floriana

\#     Teves Bayani Soldevilla (Passaport numru EB1132922), Samillano Ramon Delima (Passaport numru EB6388305), Hernandez Ricardo Gonzales (Passaport numru EB4854682), Luna Ramon Gubaton (Passaport numru EB1015482), Bijare Jeronimo Callas (Passaport numru XX2846799), Recentes Lito Maximo Gijal (Passaport EB1841484 ), Ballen Nilo Acquilesca (Passaport numru EB0005931), Hinobiagon Eduardo Gabato (Passaport numru EB6450886), Ferrer Narciso Vargas (Passaport numru XX3464274), Derije Kevin Sevilla (Passaport numru XX3861291), Valmonte Melanio Sanchez (Passaport numru EB4763543), Belonio Michael Siason (Passaport numru EB0059708), Rojas James Panganiban (Passaport numru EB4014202), Yec-Yec Joselito Mendiola (Passaport numru EB1071608), Evangelista Stephen Depositario (Passaport numru EB3458667), Nieves Jose Lagutang (Passaport numru EB1566835), Dela Pena Elpedio Macalisang (Passaport numru XX3617473), Gramatica Diosdado Tubil (Passaport numru XX2721205), Espinosa Salvador Mendoza (Passaport numru ZZ153104), Duaman Kenny Samillano (Passaport numru EB0763895) u Alaban Domingo Briones (Passaport numru EB3695273).

Nru. 32

Mandat ta' Arrest ta' Bċejjeċ tal-Baħar
'il fuq minn għaxar metri (Kawtelatorju)

Ordni tal-Qorti

Repubblika ta' Malta

Mandat Nru. ...........................................

Billi ġie ppreżentat il-fuq imsemmi rikors, kopja tiegħu hawn annessa, u jinkorru l-elementi meħtieġa skond il-Liġi għall-ħruġ ta' Mandat ta' Arrest ta' Biċċa tal-Baħar.

Għalhekk din l-Qorti qiegħda:-

Tordna lill-Awtorita Marittima ta' Malta jew l-awtorita hekk nominata mill-Ministru u li f'idejha tinsab jew taħt il-kontrol tagħha hija l-biċċa tal-baħar li kontra tagħha nħareġ dan il-Mandat ta' Arrest sabiex iżżomm il-biċċa tal-baħar u ma tirrilaxxax il-biċċa tal-baħar jew tippermetti lid-debitur milli b'xi mod jitlaq mill-pussess tiegħu l-istess biċċa tal-baħar, fis-shiħ jew in parti, jew li jagħti jew iċedi xi drittijiet ta' l-istess;

Tordna lill-istess awtorita sabiex tieħu l-miżuri neċessarji biex l-ordni tal-Qorti tinġieb għall-attenzjoni ta' terzi;

Tordna lill-Uffiċjal Eżekuttiv sabiex jeżegwixxi dan il-Mandat billi jinnotifikah minnufih lill-awtorità li f'idejha tinsab jew taħt il-kontroll tagħha hija l-biċċa tal-baħar li kontra tagħha nħareġ dan il-Mandat ta' Arrest;

Tordna lill-Uffiċjal Eżekuttiv sabiex jinnotifika kopja tal-Mandat lill-persuna li tagħha l-biċċa tal-baħar qed tkun arrestata, jew il-kaptan jew persuna oħra li tkun responsabbli għall-biċċa tal-baħar, jew l-aġent ta' dik il-biċċa tal-baħar;

Tordna lill-Uffiċjal Eżekuttiv sabiex jagħmel dak kollu neċessarju biex jassikura l-eżekuzzjoni tal-Mandat, fosthom il-qbid u elevazzjoni tad-dokumentazzjoni tal-biċċa tal-baħar meħtieġa sabiex dina tkun tista' topera.

**QORTI CIVILI PRIM' AWLA**

Mogħti mill-Qorti

Onor. TONIO MALLIA LL.D.

Imħallef

**IMĦALLEF**

Illum /k    ta' October, 2013



Vera Kopja

Illum 14 ta' Awwissu, 2013

Nghid u nizgura li ezegwejt il-mandat t'arrest ta'bcejjec tal-bahar numru 1223/13

fl-ismijiet Paul Falzon noe vs M/V A Ladybug

u dan billi elevajt id-dokumenti hawn that imsemmija :-

    (i)    General Certificate of Nationality 000064067 (Panama)
    (ii)    Load Line Certificate 30070 (2 Fols)
    (iii)    Cargo Ship Safety Radio Certificate No 30070 (3 Fols)

Minghand ABBASI ZAFAR-UL-HUDA Pass. No CN 1017472 Pakistan Kaptan tal-bastiment M/V A Ladybug

kopja ta' din ir-riferta qed tigi mghoddija lill-istess Kaptan Abbasi Zafar-Ul-Huda

bhala Kaptan tal-bastiment hawn fuq imsemmi flimkien ma' kopja ta' l-istess mandat.

Marixxall

Qrati tal-Gustizzja

Malta

xhud

---

Today 14th August, 2013

I certify that I have executed this warrant of arrest of a vessel number 1223/13

in the names of Paul Falzon noe vs M/V A Ladybug

And this by elevating the hereunder mentioned documents :-

    (i)    General Certificate of Nationality 000064 067 (Panama)
    (ii)    Load Line Certificate No 30070 (2 Fols)
    (iii)    Cargo Ship Safety Radio Certificate No 30070 (3 Fols)

From Abbasi Zafar-Al-Huda Captain of MV A Ladybug

A copy of this certificate is being forwarded to Captain Abbasi Zafar-Ul-Huda

Captain of the above mentioned vessel together with a copy of the same warrant.

& Pass No CN 1017472 Pakistan

Marshal Courts of Justice

Malta

xhud

Form No. 32

Warrant of Arrest of Sea Vessels
Over ten metres in length (Precautionary)

Acceded to Request
*[Judge's Signature]*
Hon. T. Mallia LL.D
Judge
14 AUG 2013

Before **The First Hall Civil Court**

Warrant No *1223/13MG*

Applicant **Paul Falzon (I.D. No. 143460M) as the special mandatory acting in the name of and on behalf of the absent Abbasi Zafar-Ul-Huda (Passport No. CN1017472) #**

*Reg €174.70*
*Service €27.96*
*€202.66*
*07*

vs

Respondent **The Vessel 'A LADYBUG' (IMO 9441867)**

Application of **Paul Falzon (I.D. No. 143460M) in his above stated capacity.**

It is being respectfully submitted and confirmed on oath by Paul Falzon: -

That the applicant seeks to safeguard a debt or a claim, whether *in personam* or *in rem*, which could be frustrated by the departure of the sea vessel indicated in this warrant;

That the claim or debt is the following:-

**The combined sum of one hundred and forty nine thousand and twenty six American Dollars and forty six cents (USD 149,026.46) equivalent today to one hundred and seventeen thousand, six hundred and fifty six Euros and fifty nine cents (EUR 117,656.59), which sum is being liquidated only for the purposes of this precautionary warrant, and which forms part of a bigger sum owed by the owners of the defendant vessel, that is TMT Co. Ltd to the applicants consisting in wages and salaries due to them for their service as master, officials and other crew members on board the same defendant vessel as well as other expenses related to the repatriation of the applicants, judicial costs and expenses and legal interest.**

That the details of the said sea vessel are the following:-

- Name:- **A LADYBUG**
- Identification details of the sea vessel:-
1. Registered: **Panama**
2. IMO Number: **9441867**
3. *Gross Tonnage:* **72,408**
4. *Call Sign:* **HP6290**

REGISTRY OF SUPERIOR
COURTS
No. **1098**
14 AUG 2013
PAID

- Place where the said vessel is to be found:- **Maltese territorial waters, Bunkering Area 3.**
- Authority: **Transport Malta, Malta Transport Centre, Marsa MRS 1917**

That by the departure of the said sea vessel from Malta, the debt or claim of the applicant may be evaded;

Therefore, the applicant respectfully requests that this Court orders the issue of a Warrant of Arrest of Sea Vessels against the said sea vessel for the herein mentioned credit and for the costs of this procedure

*[Signature]*
**Advocate Aron Mifsud Bonnici**
40 1, Old Mint Street, Valletta

*[Signature]*
Legal Procurator

*[Signature]*
**Advocate Matthew J Grech**
40/1, Old Mint Street, Valletta

*14 AUG 2013*

Confirmed on oath before me after having read to him/her the contents, and filed by:-

*P.L. N. Farrugia*

Today *14th of August 2013*
Appeared *Paul Falzon*
I.D. No. *143460M*
Swore on the correctness of this document
When I read it to him

*[Signature]*

*[Signature]*

Nadine Farrugia
Commissioner for Oaths

Applicant *nomine:*   31, Is-Sliem, Triq l-Istefanotis, Santa Lucia

**Service to:**

1. The Vessel A LADYBUG, Maltese territorial waters, Bunkering Area 3

2. Transport Malta, Malta Transport Centre, Marsa MRS 1917

3. Comptroller of Customs, Department of Customs, Customs House, Lascaris Wharf, Valletta

4. The Commissioner of Police; Police General Headquarters, Floriana

\#     Teves Bayani Soldevilla (Passport number EB1132922), Samillano Ramon Delima (Passport number EB6388305), Hernandez Ricardo Gonzales (Passport number EB4854682), Luna Ramon Gubaton (Passport number EB1015482), Bijare Jeronimo Callas (Passport number XX2846799), Recentes Lito Maximo Gijal (Passport EB1841484 ), Ballen Nilo Acquilesca (Passport number EB0005931), Hinobiagon Eduardo Gabato (Passport number EB6450886), Ferrer Narciso Vargas (Passport number XX3464274), Derije Kevin Sevilla (Passport number XX3861291), Valmonte Melanio Sanchez (Passport number EB4763543), Belonio Michael Siason (Passport number EB0059708), Rojas James Panganiban (Passport number EB4014202), Yec-Yec Joselito Mendiola (Passport number EB1071608), Evangelista Stephen Depositario (Passport number EB3458667), Nieves Jose Lagutang (Passport number EB1566835), Dela Pena Elpedio Macalisang (Passport number XX3617473), Gramatica Diosdado Tubil (Passport number XX2721205), Espinosa Salvador Mendoza (Passport number ZZ153104), Duaman Kenny Samillano (Passport number EB0763895) u Alaban Domingo
Briones (Passport number EB3695273).

Form No 32

Warrant of Arrest of Sea Vessels
Over ten metres in length (Precautionary)

```
COURTS OF JUSTICE - MALTA
SIGNED AND SWORN BEFORE ME
DAY OF  6th August 2013
Rose Marie Vella
Deputy Registrar
```
Dr Adrian Attard

Io Sforssrp.

## Court Order

**Republic of Malta**

Warrant No .........................................

Whereas the attached application has been filed and there exist sufficient grounds according to law for the issuance of the Warrant of Arrest of Sea Vessels;

The Court thus:-

Orders the Authority for Transport in Malta or any other authority so designated by the Minister and which has in its hands or under its control the sea going vessel against which such warrant is being issued, to seize the vessel and not release such sea vessel or allow the debtor to divest himself in any way from
the same in whole or in part or to give or surrender to any person any rights on the same;

Orders the same authority to take all necessary measures to display the court order for the general attention of third parties;

Orders the Executive Officer to execute this warrant by serving it on the executive officer of the authority which has in its hands or under its control the sea going vessel against which such warrant is being issued;

Orders the Executive Officer serve a copy of the warrant on the person whose ship or vessel is arrested, the master or other person in charge of such ship or vessel or the agent of such ship or vessel;

Orders the Executive Officer to take all necessary actions to ensure the execution of this warrant, including, the seizure and removal of all travel documentation from the same ship or vessel.

Given by the Court     **CIVIL COURT FIRST HALL**
                       **Onor. TONIO MALLIA LL.D.**
                       **JUDGE**

Today *14th*   of    *August 2013*

                       *[Judge's Signature]*

I certify that this is to the best of my knowledge a true and accurate transcript of the original.

Adrian Attard LL.B., LL.D., LL.M. (IMLI)

Today *14th August 2013*

I state and certify that I execute the warrant of arrest of sea vessel number *1223/13* in the names *Paul Falzon noe* vs *M/V A Ladybug*
and this by securing the documents mentioned below:

        (i)     General Certificate of Nationality *000064067 (Panama)*
        (ii)    Load Line Certificate *30070 (2 pages)*
        (iii)   Cargo Ship Safety Radio Certificate *No 30070 (3 pages)*

From *Abbasi Zafar-Ul-Huda Pass No. CN 1017472 Pakistan* master of the vessel *M/V A Ladybug*

Copy of this notice is being given to the same master *Abbasi Zafar-Ul-Huda*

As master of the abovementioned vessel together with a copy of the same warrant of arrest.

Court Marshall          A Ladybug          *Witness*
Courts of Justice          HP6290          *[Signature]*
Malta          *[Signature]*
         Panama

---

Today *14th August 2013*

I state and certify that I execute the warrant of arrest of sea vessel number *1223/13* in the names *Paul Falzon noe* vs *M/V A Ladybug*
and this by securing the documents mentioned below:

        (i)     General Certificate of Nationality *000064067 (Panama)*
        (ii)    Load Line Certificate *30070 (2 pages)*
        (iii)   Cargo Ship Safety Radio Certificate *No 30070 (3 pages)*

From *Abbasi Zafar-Ul-Huda Pass No. CN 1017472 Pakistan* master of the vessel *M/V A Ladybug*

Copy of this notice is being given to the same master *Abbasi Zafar-Ul-Huda*

As master of the abovementioned vessel together with a copy of the same warrant of arrest.

Court Marshall          A Ladybug          *Witness*
Courts of Justice          HP6290          *[Signature]*
Malta          *[Signature]*
         Panama