IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | | Chapter 11 |
| § | | |
| TMT PROCUREMENT CORPORATION, § | | Case No. 13-33763 |
| *et al.*,[1] § | | |
| § | | |
| Debtors. § | | Jointly Administered |

### NOTICE OF AMENDMENT TO THE *M.V. C HANDY* BUDGET OF RELEASE AND RESTART COSTS

PLEASE TAKE NOTICE that the Debtors and Shanghai Commercial and Saving Bank have agreed to pay an additional $48,962.00 from cash collateral for port fees and DNV survey related expenses associated with the release and restart of the *M.V. C Handy*, which costs were not included in the previous budget.

On September 16, 2013, the District Court ordered the payment of all fees and costs required to be paid to facilitate release of the *M.V. C Handy*, as provided in the *Order to Enforce Order Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code Enforcing and Restating Automatic Stay and Ipso Facto Provisions (M/V C Handy)*, Case 4:13-cv-02301, Doc. 36.

---

[1] The Debtors in these chapter 11 cases are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Inc.; (10) A Ladybug Corporation; (11) C Ladybug Corporation; (12) D Ladybug Corporation; (13) A Handy Corporation; (14) B Handy Corporation; (15) C Handy Corporation; (16) B Max Corporation; (17) New Flagship Investment Co., Ltd; (18) RoRo Line Corporation; (19) Ugly Duckling Holding Corporation; (20) Great Elephant Corporation; and (21) TMT Procurement Corporation.

#4389588

The Debtors hereby attach the agreed amended budget of release and restart costs for the *M.V. C Handy*, which includes the previously unbudgeted $48,962.00 of release costs.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

-and-

Evan Flaschen
(*pro hac vice*)
Evan.Flaschen@bgllp.com
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 246-3201

-and-

Robert G. Burns
(*pro hac vice*)
Robert.Burns@bgllp.com
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (800) 404-3970

**COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

#4389588