| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| *In re* | § | |
| | § | |
| TMT Procurement Corporation, *et al.*, | § | Bankruptcy 13-33763 |
| | § | |
| Debtors. | § | |

---

| | | |
|---|---|---|
| Hsin Chi Su, | § | |
| Appellant, | § | |
| | § | Civil Action H-14-2172 |
| v. | § | *Jointly administered with* |
| | § | Civil Actions H-14-2167 and |
| TMT Procurement Corporation, *et al.*, | § | H-14-2177 |
| Appellees. | § | |
| | § | |

## Final Judgment

The bankruptcy court's decision is affirmed. Hsin Chi Su takes nothing from Defendants.

Signed February 18, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge